No. 98–1412 (A–735). STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. *v.* LAGRAND. C. A. 9th Cir. Application to lift the restraining order entered by the United States Court of Appeals for the Ninth Circuit on March 3, 1999, presented to JUSTICE O'CONNOR, and by her referred to the Court, granted. Certiorari granted, and judgment summarily reversed. A *per curiam* opinion will follow [*ante,* p. 115].

No. 98–8343 (A–734). LAGRAND *v.* ARIZONA. Sup. Ct. Ariz. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Certiorari denied.

JUSTICE BREYER, with whom JUSTICE STEVENS joins, dissenting.

For the reasons set forth in my opinion dissenting from the denial of a stay in *Federal Republic of Germany* v. *United States, ante,* p. 111, and because this petition for certiorari in part raises similar issues, I would grant a stay of execution.